

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

James Ross Heim III, Appellant

No. 06-19-00090-CR     v.

The State of Texas, Appellee

Appeal from the 115th District Court of Marion County, Texas (Tr. Ct. No. F14970). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the assessment of $400.00 for attorney fees. As modified, the judgment of the trial court is affirmed.

We note that the appellant, James Ross Heim III, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 27, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk